IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01838-WDM-MJW

CAROL STERLING,

     Plaintiff,

v.

USCB CORPORATION AND AMERICAN CREDIT & COLLECTION SYSTEMS, LLC.,

     Defendant.

_____

**ORDER STRIKING ANSWER**
_____

     The answer of USCB Corporation and American Credit & Collection Systems, LLC is stricken as it is signed by an alleged officer of the corporation and not an attorney authorized to practice law in this court. It is the law of this Circuit that a corporation may appear in this court only by representation of a duly licensed attorney. *Flora Construction Co. v. Fireman's Fund Insurance Co.,* 307 F.2d 413, 414 (10th Cir. 1962); D.C.COLO.LCivR 11.

Accordingly, the "Answer" (doc. no. 5) filed on behalf of the Defendant is stricken.

DATED at Denver, Colorado, on September 1, 2009.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge