IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.  09-cv-01838-WDM-MJW

CAROL STERLING,

    Plaintiff,

v.

USCB CORPORATION, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, the complaint is dismissed, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 7, 2009.

                BY THE COURT:

                s/ Walker D. Miller
                United States Senior District Judge

PDF FINAL